UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>JOHN S. HARMON,<br><br>            Defendant. | Case No. 21-cv-40051-JPG |

## **MEMORANDUM AND ORDER**

This case is before the Court on Defendant John Harmon's Motion for Return of Personal Property (Doc. 66). The motion, filed under Federal Rule of Criminal Procedure 41(g), seeks return of Harmon's personal files that were seized by the Government.

Rule 41(g) provides that "[a] person aggrieved by an unlawful search and seizure of property or by the deprivation of property may move for the property's return." FED. R. CRIM. P. 41(g). "[O]nce a defendant has been convicted, a motion under Rule 41(g) is deemed to initiate a *civil* equitable proceeding." *United States v. Shaaban*, 602 F.3d 877, 878–79 (7th Cir. 2010) (emphasis in original). Such a civil action is subject to the Prisoner Litigation Reform Act ("PLRA"), Pub. L. No. 104-134, 110 Stat. 1321 (1996). *See Shaaban*, 602 F.3d at 878–79, *United States v. Stevens*, 500 F.3d 625, 629 (7th Cir. 2007). Thus, the Court must observe the PLRA's procedural requirements, including the imposition of a partial filing fee and merits review. The appropriate mechanism for doing this would be in a separate civil case where, if necessary, the criminal defendant could raise other civil theories of relief. *See United States v. Norwood*, 602 F.3d 830, 832 (7th Cir. 2010), *Chairez v. United States*, 355 F.3d 1099, 1100 (7th Cir. 2004).

Accordingly, the Court DENIES Harmon's Motion for Return of Personal Property

without prejudice in this case (Doc. 66) and DIRECTS the Clerk of Court to refile the motion as the complaint in a separate civil case. The complaint shall have a filing date of October 14, 2025, the date the motion was filed. The Court will then proceed to assess the proper PLRA filing fee and conduct a preliminary review of the new case. *See* 28 U.S.C. §§ 1915(b), 1915A(a).

**IT IS SO ORDERED.**
**DATED**:   **October 16, 2025**

                                                s/ J. Phil Gilbert
                                                **J. PHIL GILBERT**
                                                **United States District Judge**